LONG DOCK COMPANY, PLAINTIFF IN ERROR, v. THEO-
DORE STRONG ET AL., DEFENDANTS IN ERROR.

Argued March 17, 1913—Decided April 24, 1913.

On error to the Supreme Court, whose opinion is reported in
53 *Vroom* 21.

For the plaintiff in error, *Collins & Corbin.*

For the defendants in error, *Edmund Wilson,* attorney-
general, *John Franklin Fort* and *John R. Hardin.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Garrison in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT,
CONGDON, WHITE, HEPPENHEIMER, TERHUNE, JJ.    12.

*For reversal*—None.